Phillip A. Talbert
United States Attorney
Arelis M. Clemente
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**FILED**

FEB 22 2024

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
       DEPUTY CLERK


SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00042-NODJ-BAM |
| Plaintiff, | MOTION AND ORDER TO SEAL INDICTMENT |
| v. | |
| JUAN JOSE HERNANDEZ, | |
| Defendants. | |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on February 22, 2024 charging the above defendant with violations of 18 U.S.C. § 1542 – False Statement in an Application for a Passport; 18 U.S.C. § 1028A(a)(1) – Aggravated Identity Theft;18 U.S.C. § 982(a)(6) – Criminal Forfeiture, be kept secret until the defendant named in this Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail, that no person shall disclose the finding of the Indictment or any warrants

///

///

1  issued pursuant thereto, except when necessary for the issuance and execution of the
2  warrants.

3
4  Dated: February 22, 2024      Respectfully submitted,

5
6                   PHILLIP A, TALBERT
                 United States Attorney

7       By    /s/ Arelis M. Clemente
8                   ARELIS M. CLEMENTE
                 Assistant U.S. Attorney

9
10          IT IS SO ORDERED.
11
12
13 Dated: February 22, 2024        _Sheila K. Oberto_
              SHEILA K. OBERTO
14               U.S. Magistrate Judge

15
16
17
18
19
20
21
22
23
24
25
26
27
28

Motion to Seal Indictment         2