PHILLIP A. TALBERT
United States Attorney
ARELIS M. CLEMENTE
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4041
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>JUAN JOSE HERNANDEZ,<br>aka Rolando Gonzalez<br><br>           Defendant. | CASE NO. 1:24-CR-00042-NODJ-BAM<br><br>ORDER TO UNSEAL CASE |

Good cause appearing due to the defendant's pending initial appearance in this case, it is ordered that the Indictment and other court filings in the case be UNSEALED.

IT IS SO ORDERED

DATED: 4/11/2024

*Sheila K. Oberto*

HON. SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE