1  PHILLIP A. TALBERT
   United States Attorney
2  ARELIS M. CLEMENTE
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4041
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America

7              IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:24-CR-00042-NODJ-BAM |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE: ORDER** |
| v. | Date; July 10, 2024 |
| JUAN JOSE HERNANDEZ AKA ROLANDO GONZALEZ, | Time: 1:00 p.m. |
| Defendant. | Judge: Hon. Barbara A. McAuliffe |

   IT IS HEREBY STIPULATED between the parties that the status conference set for May 22, 2024, at 1:00 p.m., can be continued to July 10, 2024, at 1:00 p.m. The parties require additional time to review discovery, conduct necessary investigation, and engage in plea negotiations. The parties agree that time shall be excluded through July 10, 2024, for purposes of defense preparation and continuity of defense counsel pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

   Dated: May 14, 2024

                              */s/ Griffin Estes*
                              GRIFFIN ESTES
                              Assistant Federal Defender
                              Attorney for Defendant


                              */s/ Arelis M. Clemente*
                              ARELIS M. CLEMENTE
                              Assistant United States Attorney
                              Attorney for Plaintiff

PHILLIP A. TALBERT
United States Attorney
ARELIS M. CLEMENTE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4041
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:24-CR-00042-NODJ-BAM |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| JUAN JOSE HERNANDEZ, AKA ROLANDO GONZALEZ, | |
| Defendant. | |

Upon the parties' stipulation and for good cause shown, the status conference currently scheduled for May 22, 2024, at 1:00 p.m. is hereby continued to **July 10, 2024, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. Time under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., is excluded through July 10, 2024, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:  **May 15, 2024**          /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE