1  PHILLIP A. TALBERT
   United States Attorney
2  ARELIS M. CLEMENTE
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4041
   Facsimile: (559) 497-4099
5
   Attorneys for Plaintiff
6  United States of America

7               IN THE UNITED STATES DISTRICT COURT

8               FOR THE EASTERN DISTRICT OF CALIFORNIA

9

| UNITED STATES OF AMERICA, | Case No. 1:24-CR-00042-NODJ-BAM |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE: ORDER** |
| v. | Date; September 25, 2024 |
| JUAN JOSE HERNANDEZ AKA ROLANDO GONZALEZ, | Time: 1:00 p.m. |
| Defendant. | Judge: Hon. Barbara A. McAuliffe |

IT IS HEREBY STIPULATED between the parties that the status conference set for July 10, 2024, at 1:00 p.m., can be continued to September 25, 2024, at 1:00 p.m.  The parties require additional time to review discovery, conduct necessary investigation, and engage in plea negotiations.  The parties agree that time shall be excluded through September 25, 2024, for purposes of defense preparation and continuity of defense counsel pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

Dated:  June 27, 2024

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Griffin Estes*
　　　　　　　　　　　　　　　　　　　　　　　　GRIFFIN ESTES
　　　　　　　　　　　　　　　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant


　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Arelis M. Clemente*
　　　　　　　　　　　　　　　　　　　　　　　　ARELIS M. CLEMENTE
　　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

PHILLIP A. TALBERT
United States Attorney
ARELIS M. CLEMENTE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4041
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JUAN JOSE HERNANDEZ, <br> AKA ROLANDO GONZALEZ, <br><br> Defendant. | Case No. 1:24-CR-00042-NODJ-BAM <br><br> ORDER |

Upon the parties' stipulation and for good cause shown, the status conference currently scheduled for July 10, 2024, at 1:00 p.m. is hereby continued to **September 25, 2024, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. Time under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., is excluded through September 25, 2024, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: **June 27, 2024**         /s/ Barbara A. McAuliffe
                                  UNITED STATES MAGISTRATE JUDGE