PHILLIP A. TALBERT
United States Attorney
ARELIS M. CLEMENTE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4041
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JUAN JOSE HERNANDEZ <br> AKA ROLANDO GONZALEZ, <br><br> Defendant. | Case No. 1:24-CR-00042-NODJ-BAM <br><br> **STIPULATION TO CONTINUE STATUS CONFERENCE: ORDER** <br><br> Date; December 11, 2024 <br> Time: 1:00 p.m. <br><br> Judge: Hon. Barbara A. McAuliffe |

   IT IS HEREBY STIPULATED between the parties that the status conference set for September 25, 2024, at 1:00 p.m., can be continued to December 11, 2024, at 1:00 p.m.  The parties require additional time to review discovery, conduct necessary investigation, and engage in plea negotiations.  The parties agree that time shall be excluded through December 11, 2024, for purposes of defense preparation and continuity of defense counsel pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

 Dated:  September 13, 2024

 */s/ Adilene Flores Estrada*
 ADILENE FLORES ESTRADA
 Attorney for Defendant


 */s/ Arelis M. Clemente*
 ARELIS M. CLEMENTE
 Assistant United States Attorney
 Attorney for Plaintiff

PHILLIP A. TALBERT
United States Attorney
ARELIS M. CLEMENTE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4041
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JUAN JOSE HERNANDEZ, <br> AKA ROLANDO GONZALEZ, <br><br> Defendant. | Case No. 1:24-CR-00042-NODJ-BAM <br><br> ORDER |

Upon the parties' stipulation and for good cause shown, the status conference currently scheduled for September 25, 2024, at 1:00 p.m. is hereby continued to **December 11, 2024, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**. Time under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., is excluded through December 11, 2024, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:  **September 16, 2024**          /s/ Barbara A. McAuliffe
                                         UNITED STATES MAGISTRATE JUDGE