1
2
3
Law Office of Adilene Flores Estrada
Adilene Flores Estrada, 318690
2014 Tulare Street, Suite 210
Fresno, CA 93721
PH: 209-843-0090

4
5
Attorney for
Juan Jose Hernandez
AKA Rolando Gonzalez

6          IN THE UNITED STATES DISTRICT COURT

7          EASTERN DISTRICT OF CALIFORNIA

8

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                Plaintiff,<br><br>                    v.<br><br>JUAN JOSE HERNANDEZ AKA ROLANDO GONZALEZ,<br><br>                                Defendant. | CASE NO.  1:24-CR-00042-NODJBAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: December 11, 2024<br>TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

9
10
11
12
13
14

15     Defendant Mr. Juan Jose Hernandez AKA Rolando Gonzalez, by and through his counsel of

16  record, and plaintiff United States of America, by and through its counsel of record, hereby stipulate as

17  follows:

18     1.     By previous order, this matter was set for status on December 11, 2024.

19     2.     By this stipulation, the parties now moves to continue the status conference to March 26,

20  2025, at 1:00 P.M. and to exclude time between December 11, 2024, and March 26, 2025, inclusive.

21     3.     The parties agree and stipulate, and request that the Court find the following:

22        a)     The parties require additional time to conduct investigation, review the discovery,

23  and engage in plea negotiations.

24        b)     Counsel for defendant believes that failure to grant the above-requested

25  continuance would deny him/her the reasonable time necessary for effective preparation,

26  considering the exercise of due diligence.

27        c)     The government does not object to the continuance.

28        d)     Based on the above-stated findings, the ends of justice served by continuing the

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 11, 2024 to March 26, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because the continuance results from a continuance granted by the Court at defendant's and plaintiff's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Dated:  November 25, 2024                           PHILLIP A. TALBERT
                                                    United States Attorney


                                                    /s/ Arelis M. Clemente
                                                    ARELIS M. CLEMENTE
                                                    Assistant United States Attorney


Dated:  November 25, 2024                           /s/ Adilene Flores Estrada
                                                    Adilene Flores Estrada
                                                    Counsel for Defendant
                                                    Juan Jose Hernandez AKA
                                                    Rolando Gonzalez

STIPULATION REGARDING EXCLUDABLE TIME                    2
PERIODS UNDER SPEEDY TRIAL ACT

1

2

**ORDER**

IT IS SO ORDERED that the status conference is continued from December 11, 2024, to **March**

**26, 2025, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**.   Time is

excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:    **November 29, 2024**              /s/ *Barbara A. McAuliffe*           _
                                        UNITED STATES MAGISTRATE JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3