Adilene Flores Estrada # 318690
Law Office of Adilene Flores Estrada
2014 Tulare Street, Suite 210
Fresno, CA, 93721
Telephone: ((209) 843-0090
Adilene@adilenefloreslaw.com

Attorney for JUAN JOSE HERNANDEZ/
    AKA ROLANDO GONZALEZ

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>  vs.<br><br>JUAN JOSE HERNANDEZ,<br><br>AKA ROLANDO GONZALEZ<br><br>             Defendant. | Case No.:  1:24-cr-00042-NODJ-BAM<br><br>STIPULATION TO VACATE STATUS CONFERENCE AND SET A MOTION HEARING TO ADDRESS MOTION TO DETERMINE COMPETENCY; AND ORDER<br><br>DATE:  March 24, 2025<br>TIME:  9:00am<br>COURT:  NODJ |

TO:  THE ABOVE-ENTITLED COURT FOR THE EASTERN DISTRICT OF CALIFORNIA:

    Defendant, JUAN JOSE HERNANDEZ AKA ROLANDO GONZALEZ, and the Government jointly submit this request to vacate the status conference currently set for March 26, 2025 at 1:00 p.m. and set a hearing on March 24, 2025 at 9:00 a.m. on the NODJ calendar to address the Motion to Determine Competency ("Motion") filed on March 7, 2025. (Dkt. Item No. 33).

    The government previously stated to Mr. Hernandez/Gonzalez' counsel that it has no reason to believe that Mr. Hernandez suffers from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or assist in the defense at this time.  Nonetheless, the government agrees with Mr. Hernandez/Gonzalez' counsel that a hearing should be set on the NODJ calendar on March 24, 2025, to address the Motion.

    To determine whether Mr. Hernandez/Gonzalez is competent to continue criminal proceedings, the government and Mr. Hernandez/Gonzalez, request that the Court hold a hearing

on March 24, 2025 on the NODJ calendar, to address the Motion, and vacate the status conference hearing currently scheduled for March 26, 2025.

The moving parties further request that time be ordered excluded under 18 U.S.C. §3161(h)(1)(A) (providing for exclusion of time within which trial must commence for "delay resulting from any proceeding, including any examinations, to determine the mental competency or physical capacity of the defendant"), through the date of the Court's ultimate competency hearing for Mr. Hernandez/Gonzalez.

Dated:  March 07, 2025

/s/ ADILENE FLORES ESTRADA
ADILENE FLORES ESTRADA
Attorney for Defendant
JUAN JOSE HERNANDEZ AKA
ROLANDO GONZALEZ

Dated: March 7, 2025

MICHELE BECHWITH
Acting United States Attorney

/s/ ARELIS CLEMENTE_____
ARELIS CLEMENTE
Assistant United States Attorney

### **ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED, the March 26, 2025 status conference be vacated and a hearing be set on **March 24, 2025 at 8:30 a.m. before the District Court Judge** to address the Motion to Determine Compentency. (Dkt. Item No. 33).

Further, time is excluded under 18 U.S.C. §3161(h)(1)(A) (providing for exclusion of time within which trial must commence for "delay resulting from any proceeding, including any examinations, to determine the mental competency or physical capacity of the defendant"), through March 26, 2025.

IT IS SO ORDERED.

Dated:   **March 10, 2025**            _/s/ Barbara A. McAuliffe_
                                        UNITED STATES MAGISTRATE JUDGE