Adilene Flores Estrada # 318690
Law Office of Adilene Flores Estrada
2014 Tulare Street, Suite 210
Fresno, CA, 93721
Telephone: ((209) 843-0090
Adilene@adilenefloreslaw.com

Attorney for JUAN JOSE HERNANDEZ/
    AKA ROLANDO GONZALEZ

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JUAN JOSE HERNANDEZ,<br><br>AKA ROLANDO GONZALEZ<br><br>    Defendant. | Case No.:  1:24-cr-00042-NODJ-BAM<br><br>**ORDER FOR PSYCHIATRIC OR PSYCHOLOGICAL EXAMINATION PURSUANT TO 18 U.S.C.  § 4241(b); AND TO EXCLUDE TIME**<br><br>**JUDGE:  Hon. Troy L. Nunley** |

This matter came before this Court for hearing on March 24, 2025, to address the Motion for Competency filed by defense counsel.  (Dkt. No. 33).  At the hearing, the parties agreed that there is reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. Based on that the government requested that a psychiatric or psychological examination be ordered by the Court pursuant to 18 U.S.C. § 4241(b).

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED**, pursuant to 18 U.S.C. Section 4241(b), that a psychiatric or psychological examination of Juan Jose Hernandez (AKA Rolando Gonzalez) shall be conducted and that a psychiatric or psychological report be-filed with the Court pursuant to the provisions of 18 U.S.C.  § 4247(b) and (c).

**IT IS FURTHER ORDERED** that the report include the information required by 18 U.S.C. § 4247(c):

1. The examiner's opinion as to diagnosis, prognosis, and whether defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

**IT IS FURTHER ORDERED** the defendant is committed to the Custody of the Attorney General and the United States Marshal's Service is directed to transfer defendant to a suitable facility for examination.

**IT IS FURTHER ORDERED** that time from date, March 7, 2025, filing of defendant's motion, through the resolution of this motion to determine the mental competency of the defendant shall be excluded for good cause pursuant to 18 U.S.C. § 3161(h)(1)(A) and (D). Time is further excluded as the ends of justice outweigh the interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

**IT IS SO ORDERED.**

**DATED: March 26, 2025**

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE