```
MICHELE BECKWITH
Acting United States Attorney
ARELIS M. CLEMENTE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4041
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN JOSE HERNANDEZ<br>AKA ROLANDO GONZALEZ,<br><br>Defendant. | Case No. 1:24-CR-00042-DAD-BAM<br><br>**STIPULATION TO CONTINUE MOTION FOR COMPETENCY HEARING: ORDER**<br><br>Date; September 8, 2025<br>Time: 10:00 a.m.<br><br>Judge: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED between the parties that the Motion for Competency Hearing currently set for June 30, 2025, at 10:00 a.m., can be continued to September 8, 2025, at 10:00 a.m. On March 24, 2025, the Court ordered a psychiatric or psychological examination of the defendant, Juan Jose Hernandez, and for a psychiatric or psychological report to be filed with the Court. ECF 47. A Status Conference re Motion to Determine Competency was set for June 23, 2025. Id. On May 7, 2025, the Court reset the Motion to Determine Competency Hearing to June 30, 2025, at 10:00 a.m. ECF 50. Due to an unanticipated delay, it is likely that the psychiatric or psychological report may not be completed by the hearing scheduled on June 30, 2025. Therefore, the parties agree it is best to continue the Motion for Competency Hearing currently set for June 30, 2025, at 10:00 a.m., to September 8, 2025, at 10:00 a.m.

On March 28, 2025, the parties were informed via email that the defendant had been designated to the Metropolitan Detention Center, Los Angeles, for the psychological evaluation and that the evaluator assigned to the case would be contacting the parties to obtain any

additional materials or information, as needed. The government provided relevant discovery to the Metropolitan Detention Center, Los Angeles on March 31, 2025, and they confirmed receipt on April 1, 2025.

On June 13, 2025, the government emailed the Metropolitan Detention Center, Los Angeles requesting an update on the defendant's psychological evaluation, and they informed the parties that the defendant had been redesignated to Federal Medical Center ("FMC") Forth Worth to complete the evaluation due to the defendant being monolingual Spanish speaking.

Prior to this filing, the government was informed by the Forensic Psychologist at the FMC Forth Worth that the defendant has not yet arrived as of June 25, 2025, but is expected to arrive the following day. The Forensic Psychologist also informed the government that the psychiatric or psychological report can reasonably be expected to be received by the parties by August 22, 2025. Therefore, the parties agree to continue the Motion to Determine Competency Hearing currently set for June 30, 2025, to September 8, 2025, to ensure that the psychiatric or psychological report can be completed, as previously ordered by the Court.

The parties agree that time has previously been excluded through the resolution of the Motion to Determine Competency, pursuant to Title 18 U.S.C. §§ 3161(h)(1)(A) and (h)(1)(D). ECF 50.

Dated: June 25, 2025

*/s/ Adilene Flores Estrada*
ADILENE FLORES ESTRADA
Attorney for Defendant


*/s/ Arelis M. Clemente*
ARELIS M. CLEMENTE
Assistant United States Attorney
Attorney for Plaintiff

MICHELE BECKWITH
Acting United States Attorney
ARELIS M. CLEMENTE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4041
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:24-CR-00042-DAD-BAM |
| Plaintiff, | ORDER |
| v. | |
| JUAN JOSE HERNANDEZ, AKA ROLANDO GONZALEZ, | |
| Defendant. | |

Upon the parties' stipulation and for good cause shown, the Motion to Determine Competency currently scheduled for June 30, 2025, at 10:00 a.m. is hereby continued to September 8, 2025, at 10:00 a.m., in Courtroom 5 before District Judge Dale A. Drozd in Fresno. Time is excluded through the resolution of the Motion to Determine Competency, pursuant to Title 18 U.S.C. §§ 3161(h)(1)(A) and (h)(1)(D).

IT IS SO ORDERED.

Dated:  **June 26, 2025**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE