ERIC GRANT
United States Attorney
ARELIS M. CLEMENTE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4041
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JUAN JOSE HERNANDEZ <br> AKA ROLANDO GONZALEZ, <br><br> Defendant. | Case No. 1:24-CR-00042-DAD-BAM <br><br> **STIPULATION TO CONTINUE MOTION FOR COMPETENCY HEARING: ORDER** <br><br> Date: October 20, 2025 <br> Time: 10:00 a.m. <br><br> Judge: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED between the parties that the Motion for Competency Hearing currently set for September 22, 2025, at 9:30 a.m., can be continued to October 20, 2025, at 10:00 a.m. to ensure Juan Jose Hernandez, the defendant, is present at the hearing.

It is the parties understanding that Mr. Hernandez is currently in Oklahoma as he is being transported back to the Eastern District of California, after having the competency evaluation took place outside of this district. Therefore, it is unlikely Mr. Hernandez will be present at the hearing currently set for September 22, 2025, and the parties agree it is best to continue the Motion for Competency Hearing to October 20, 2025, to ensure he can be present.

The parties also agree that time has previously been excluded through the resolution of the Motion to Determine Competency, pursuant to Title 18 U.S.C. §§ 3161(h)(1)(A) and (h)(1)(D). ECF 50.

1  Based on the above, the parties request that the Motion for Competency Hearing
2  currently set for September 22, 2025, at 9:30 a.m., can be continued to October 20, 2025, at
3  10:00 a.m.

Respectfully Submitted,

Dated:  September 17, 2025

*/s/ Adilene Flores Estrada*
ADILENE FLORES ESTRADA
Attorney for Defendant


*/s/ Arelis M. Clemente*
ARELIS M. CLEMENTE
Assistant United States Attorney
Attorney for Plaintiff

|   |   |
|---|---|
| 1 | ERIC GRANT |
|   | United States Attorney |
| 2 | ARELIS M. CLEMENTE |
|   | Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401 |
|   | Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4041 |
|   | Facsimile: (559) 497-4099 |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:24-CR-00042-DAD-BAM |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| JUAN JOSE HERNANDEZ, | |
| AKA ROLANDO GONZALEZ, | |
| Defendant. | |

Pursuant to the stipulation of the parties and good cause appearing, the Motion to Determine Competency currently scheduled for September 22, 2025, at 9:30 a.m. is hereby continued to October 20, 2025, at 10:00 a.m., in Courtroom 5 before District Judge Dale A. Drozd in Fresno. Time is excluded through the resolution of the Motion to Determine Competency, pursuant to Title 18 U.S.C. §§ 3161(h)(1)(A) and (h)(1)(D).

IT IS SO ORDERED.

Dated: **September 17, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE