Law Office of Adilene Flores Estrada
Adilene Flores Estrada, 318690
2014 Tulare Street, Suite 210
Fresno, CA 93721
PH: 209-843-0090

Attorney for
Juan Jose Hernandez
AKA Rolando Gonzalez

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>  v.<br><br>JUAN JOSE HERNANDEZ AKA ROLANDO GONZALEZ,<br><br>     Defendant. | CASE NO.  1:24-CR-00042-DAD- EPG-1<br><br>STIPULATION TO VACATE CURRENT TRIAL AND TRIAL CONFIRMATION DATES AND RESET THOSE DATES AND EXCLUDE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: June 15, 2026<br>TIME: 10:00 a.m.<br>COURT: Hon. Judge Dale A. Drozd |

Defendant Mr. Juan Jose Hernandez AKA Rolando Gonzalez, by and through his counsel of record, and plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a Trial Confirmation Hearing on June 15, 2026. The matter was also previously ordered to initiate an estimated five-day jury trial on June 23, 2026, at 9:00 a.m.

2. By this stipulation, the parties now move to continue the Trial Confirmation Date to June 29, 2026, at 9:30 a.m. in Sacramento, and to set a new Trial Date of August 11, 2026, at 9:00 a.m., in Sacramento, and to exclude time between June 15, 2026, and August 11, 2026, inclusive.

3. The parties agree and stipulate, and request that the Court find the following:

 a) The parties require additional time to conduct investigation, review the discovery, and engage in plea negotiations.

 b) Counsel for defendant believes that failure to grant the above-requested

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

continuance would deny him/her the reasonable time necessary for effective preparation, considering the exercise of due diligence.

c)     The government does not object to the continuance.

d)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 15, 2026 to August 11, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).  The Court finds that the ends of justice are served by granting the continuance because a continuance outweigh the best interest of the public and the defendant in a speedy trial.


IT IS SO STIPULATED.


Dated:  May 11, 2026                        PHILLIP A. TALBERT
                                            United States Attorney


                                            /s/ Arelis M. Clemente
                                            ARELIS M. CLEMENTE
                                            Assistant United States Attorney


Dated:  May 11, 2026                        /s/ Adilene Flores Estrada
                                            Adilene Flores Estrada
                                            Counsel for Defendant
                                            Juan Jose Hernandez AKA
                                            Rolando Gonzalez


STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the Trial Confirmation Hearing in this case is continued from June 15, 2026 to June 29, 2026, at 9:30 a.m. in Sacramento, the Jury Trial Date is continued from June 23, 2026 to August 11, 2026, at 9:00 a.m., in Sacramento, and time is excluded between June 15, 2026, and August 11, 2026, inclusive pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), Local Code T4.

IT IS SO ORDERED.

Dated:   **May 11, 2026**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3