Adilene Flores Estrada # 318690
Law Office of Adilene Flores Estrada
2300 Tulare Street, Suite 120
Fresno, CA, 93721
Telephone: ((209) 843-0090
Adilene@adilenefloreslaw.com


Attorney for JUAN JOSE HERNANDEZ
AKA ROLANDO GONZALEZ

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,  Plaintiff,  vs.  JUAN JOSE HERNANDEZ  AKA ROLANDO GONZALEZ  Defendant. | Case No.:  1:24-cr-00042-DAD-EPG  **STIPULATION TO TRIAL CONFIRMATION AND JURY TRIAL DATES BE VACATED AND TO SET A STATUS HEARING**  Date: June 29, 2026  Time:  9:30am  Judge: Dale A. Drozd |
|---|---|

### TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:


It is hereby stipulated between the parties that the June 29, 2026, 9:30AM trial confirmation, and the August 11, 2026, 9:00 am jury trial dates are vacated and a Status Conference to be set on November 16, 2026, at 10:00 am before the Honorable District Judge Dale A. Drozd.  The defendant is exhibiting mental health issues, and more time is needed for defense counsel to give the defendant access to medical care that defense counsel believes defendant needs and is appropriate for him to fully understand the offer and circumstances of his case.  The parties agree that time shall be excluded through November 16, 2026, for purposes of defense preparation. The parties agree to exclude time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 et seq., and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).


Dated:  June 16, 2026                                /s/ Adilene Flores Estrada___
                                                             ADILENE FLORES ESTRADA
                                                             Attorney for Defendant
                                                             JUAN JOSE HERNANDEZ

(1)

AKA ROLANDO GONZALEZ

/s/ Arelis M. Clemente
ARELIS M. CLEMENTE
Assistant United States Attorney

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

          Plaintiff,

    vs.

JUAN JOSE HERNANDEZ
AKA ROLANDO GONZALEZ

          Defendant.

Case No.:   1:24-cr-00042-DAD-EPG

**ORDER**

Based upon the parties' stipulation and good cause appearing, the Trial Confirmation and Jury Trial dates currently scheduled for June 29, 2026, at 9:30 a.m. and August 11, 2026 at 9:00 a.m., respectively, are hereby vacated and a Status Conference is scheduled on November 16, 2026, at 10:00 a.m., in Fresno before the Honorable District Judge Dale A. Drozd.  Time under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., is excluded through November 16, 2026, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv) (Local Code T4).

IT IS SO ORDERED.

Dated:   **June 16, 2026**

                            DALE A. DROZD
                            UNITED STATES DISTRICT JUDGE